1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:08-cv-02329-JAM-JFM**
13 SCOTT N. JOHNSON                  )
                                    ) STIPULATION AND ORDER RE:
14         Plaintiff,                ) EXTENSION OF TIME UNTIL
                                    ) DECEMBER 17, 2008 FOR
15    vs.                            ) DEFENDANT(s) BALWINDER K.
                                    ) THIND, PARAMJIT S. THIND,
16 Bobo Café, LLC                    ) PATRICK M. STEWART, PAMELA A.
                                    ) STEWART, BOBO CAFÉ, LLC AND
17         Defendants               ) CLUB ESCAPE, LLC TO RESPOND TO
                                    ) COMPLAINT
18                                   )
                                    )
19 _____ )

20

21      Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

22 Johnson and Defendants, Balwinder K. Thind, Paramjit S.

23 Thind, Patrick M. Stewart, Pamela A. Stewart, Bobo Café,

24 LLC, Club Escape, LLC, by and through their respective

25 attorneys of record, Scott N. Johnson; Richard M. Watts,

26 Jr., stipulate as follows:

27

28

            STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1

2        1. An extension of time has been previously

3           obtained for Defendants Balwinder K. Thind,

4           Paramjit S. Thind, Patrick M. Stewart, Pamela

5           A. Stewart, Bobo Café, LLC until December 2,

6

7           2008 to respond or otherwise plead reference to

8           Plaintiff's complaint. No previous extension of

9           time has been obtained for Defendant Club

10           Escape, LLC.

11       2. Defendants Balwinder K. Thind, Paramjit S.

12

13           Thind, Patrick M. Stewart, Pamela A. Stewart,

14           Bobo Café, LLC and Club Escape, LLC are granted

15           an extension until December 17, 2008 to respond

16           or otherwise plead reference to Plaintiff's

17           complaint.

18       3. Defendants Balwinder K. Thind, Paramjit S.

19

20           Thind, Patrick M. Stewart, Pamela A. Stewart,

21           Bobo Café, LLC and Club Escape, LLC response

22           will be due no later than December 17, 2008.

23

24

    IT IS SO STIPULATED effective as of December 5, 2008

25

26

27

28

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  December __, 2008          /s/Richard M. Watts, Jr,

                                  Richard M. Watts, Jr,

                                  Attorney for Defendants

                                  Balwinder K. Thind

                                  Paramjit S. Thind

                                  Patrick M. Stewart

                                  Pamela A. Stewart

                                  Bobo Café, LLC

                                  Club Escape, LLC


Dated:  December 5, 2008          /s/Scott N. Johnson ____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff


     **IT IS SO ORDERED:** that Defendants Balwinder K. Thind,

Paramjit S. Thind, Patrick M. Stewart, Pamela A. Stewart,

Bobo Café, LLC and Club Escape, LLC shall have until

December 17, 2008 to respond to complaint.


Dated: December 5, 2008

                                  /s/ John A. Mendez_____

                                  United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com