SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>     Plaintiff,<br><br>  vs.<br><br>Bobo Café, LLC et al<br><br>     Defendants | Case No. **2:08-cv-02329-JAM-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 19, 2008 FOR DEFENDANT WORLD OF GOOD TASTES, INC. TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, World of Good Tastes, Inc., by and through their respective attorneys of record, Scott N. Johnson; Julie Raney, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendant World of Good Tastes, Inc. is granted an extension until December 19, 2008 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant World of Good Tastes, Inc. response will be due no later than December 19, 2008.

IT IS SO STIPULATED effective as of December 5, 2008

Dated:   December __, 2008             /s/Julie Raney_____ ___

                                       Julie Raney,

                                       Attorney for Defendant

                                       World of Good Tastes,

                                       Inc.

Dated:   December 5, 2008              /s/Scott N. Johnson ____

                                       Scott N. Johnson,

                                       Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

    **IT IS SO ORDERED:** that Defendant World of Good Tastes, Inc. shall have until December 19, 2008 to respond to complaint.

Dated: 12/8/2008

                                           /s/ John A. Mendez_____
                                           United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com