1  JULIE RANEY (SBN 176060)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   500 Capitol Mall, 18th Floor
3  Sacramento, CA  95814
   Phone: 916.444.3900
4  Fax:    916.444.8334

5  Attorneys for Defendant World of Good Tastes, Inc.
   dba La Bou Madison
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,                           )   Case No. 2:08-CV-02329-JAM-JFM
                                               )
12                 Plaintiff,                  )
                                               )
13     v.                                      )   **STIPULATION FOR DISMISSAL AND**
                                               )   **ORDER**
14 BOBO CAFÉ, LLC, Individually and d/b/a      )
   BOBO CAFÉ; WORLD OF GOOD TASTES,            )
15 INC., Individually and d/b/a LA BOU         )
   MADISON; BALWINDER K. THIND,                )
16 Individually and d/b/a EXPRESS STOP FOOD    )
   & LIQUOR; PARAMJIT S. THIND,                )
17 Individually and d/b/a EXPRESS STOP FOOD    )
   & LIQUOR; CLUB ESCAPE, LLC,                 )
18 Individually, and d/b/a SLING SHOTS;        )
   PATRICK M. STEWART, Individually and       )
19 d/b/a PAPA MURPHY'S PIZZA; PAMELA A.        )
   STEWART, Individually and d/b/a PAPA       )
20 MURPHY'S PIZZA; E. N. RICHMOND II,          )
   Individually and as Co-Trustee of the       )
21 Testamentary Trust created by the Will of   )
   Edmund N. Richmond, Deceased; JOAN         )
22 NAESS Individually and as Co-Trustee of the)
   Testamentary Trust created by the Will of   )
23 Edmund N. Richmond, Deceased; JOHN C.      )
   PFAHNL, Individually and as Co-Trustee of the )
24 Testamentary Trust created by the Will of   )
   Edmund N. Richmond, Deceased,              )
25                                             )
                   Defendants.                 )
26

27 / / /

28 / / /



1
**STIPULATION FOR DISMISSAL AND ORDER**                                   1210709v1 37228/0002

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties hereto stipulate as follows:

2    The parties have reached a full and final settlement of all issues in this action.  A Settlement
3    Agreement between the parties has been fully executed.

4    IT IS HEREBY STIPULATED by and between the parties to this action through their
5    designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP
6    41(a)(2).

7    DATED: July 24, 2009                    McDONOUGH HOLLAND & ALLEN PC
                                              Attorneys at Law

10                                             By:        */s/ Julie Raney*
                                                          JULIE RANEY

12                                             Attorneys for Defendant World of Good Tastes, Inc.
                                               dba La Bou Madison

14   DATED: July ___, 2009                    MILLSTONE PETERSON & WATTS, LLP

17                                             By: */s/ Richard M. Watts, Jr. (as authorized on 8/10/09)*
                                                          RICHARD M. WATTS, JR.

18                                             Attorneys for Defendants Bobo Café, LLC dba Bobo
                                               Café; Balwinder K. Thind dba Express Stop Food &
19                                             Liquor; Paramjit S. Thind dba Express Stop Food &
                                               Liquor; Club Escape, LLC dba Sling Shots; Patrick M.
20                                             Stewart dba Papa Murphy's Pizza; Pamela A. Stewart
                                               dba Papa Murphy's Pizza

23   DATED: July ___, 2009                    DISABLED ACCESS PREVENTS INJURY, INC.

26                                             By: */s/ Scott N. Johnson (as authorized on 8/16/09)*
                                                          SCOTT N. JOHNSON

27                                             Attorneys for Plaintiff
                                               SCOTT N. JOHNSON



**STIPULATION FOR DISMISSAL AND ORDER**                              1210709v1 37228/0002
PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED: August 25, 2009             /s/ John A. Mendez
                                    JUDGE OF THE U.S. DISTRICT COURT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**STIPULATION FOR DISMISSAL AND ORDER**                       1210709v1 37228/0002

PDF created with pdfFactory trial version www.pdffactory.com